| | |
|---|---|
| Richard J. McCord, Esq. | **Presentment Date:** **June 2, 2021** |
| CERTILMAN BALIN ADLER & HYMAN, LLP | **Time:  10:00 a.m.** |
| Counsel for the Chapter 7 Trustee | **Objection Date**: **May 26, 2021** |
| 90 Merrick Avenue, 9th Floor | **Time:  4:00 p.m.** |
| East Meadow, New York 11554 | **Hearing if Objections:** **June 15, 2021** |
| Phone: (516) 296-7000 | **Time:  10:00 a.m.** |
| Fax: (516) 296-7111 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

                                                                     Chapter 7

SILVERIO RIVERA,                                     Case No.: 19-44768-jmm

                Debtor.

-----------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF ORDER PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING COMPROMISE AND SETTLEMENT

**PLEASE TAKE NOTICE** that, Richard J. McCord, Esq., the Chapter 7 Trustee ("Trustee") of the estate of Silverio Rivera (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP will present for signature the attached Order Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Authorizing Compromise and Settlement (the "Order"), to the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, **on June 2, 2021 at 10:00 a.m**. ("Presentment Date"), at the United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE,** that objections to the proposed Order, if any, pursuant to LBR 9006-1 and 9004-1, must be filed in the Office of the Clerk of the Bankruptcy Court electronically in accordance with General Order #M-242(General Order #M-242 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov the official website for the United States Bankruptcy Court for the

Eastern District of New York) by registered users of the Court's electronic case filing system (with a hard copy delivered to Chambers) and served in accordance with General Order #M-242 or by first -class mail and served upon the (i) Chapter 7 Trustee, Richard J. McCord, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554 and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York  10014. **All filing and service are to be made so as to be actually received by each party on or before May 26, 2021 at 4:00 p.m.** Objections, if any, will be heard on June 15, 2021 at 10:00 a.m., at the Courthouse, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201. If no objections are received, the Order may be signed.

**PLEASE TAKE NOTICE,** that unless otherwise advised, the hearing will be conducted telephonically. Prior to the hearing, please review Judge Mazer-Marino's Chambers Rules at https://www.nyeb.uscourts.gov/content/judge-jil-mazer-marino to schedule your appearance and obtain the call in information.

**NO HEARING WILL BE HELD UNLESS AN OBJECTION IS FILED AS ABOVE WITH PROOF OF SERVICE.**

Dated:  East Meadow, New York
          May 5, 2021

                        **CERTILMAN BALIN ADLER & HYMAN, LLP**
                        Counsel for the Chapter 7 Trustee

                        By:    /s/ Richard J. McCord_____
                              **RICHARD J. MCCORD, ESQ.**
                              90 Merrick Avenue
                              East Meadow, New York 11554
                              Phone: (516) 296-7000