UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                                  Chapter 7

SILVERIO RIVERA,                                                         Case No.: 19-44768-jmm

                Debtor.
------------------------------------------------------------x

## ORDER APPROVING THE TRUSTEE'S FINAL REPORT AND AWARDING COMMISSIONS AND REIMBURSEMENT OF EXPENSES TO THE CHAPTER 7 TRUSTEE

Upon the filing of the Chapter 7 Trustee's Final Report, dated July 8, 2021 (the "Trustee's Final Report") of Richard J. McCord, Chapter 7 Trustee (the "Trustee"), and the Application for Compensation dated July 8, 2021, for allowance of compensation and reimbursement of expenses to the Trustee [ECF No. 33] (the "Fee Application", and collectively, the "Application"); and a telephonic hearing on the Application having been held on August 18, 2021, at which the Trustee's appearance was waived; and due and sufficient notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and no objection having been filed to the relief requested; and upon the Statement of the United States Trustee, dated July 22, 2021, regarding the Trustee's Final Report and Fee Application; and after due deliberation and sufficient appearing therefor, it is hereby

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §§326 and 330, the Chapter 7 Trustee, Richard J. McCord, is hereby awarded commissions in the amount of $2,350.00 and reimbursement of expenses in the amount of $166.55; and it is further

**ORDERED,** that the Trustee's Final Report is approved, and the Trustee is authorized to abandon the Debtor's books and records; and it is further

**ORDERED**, that upon the closing of this case, the Trustee shall be discharged from his duties; and it is further

**ORDERED**, that the Trustee is authorized to perform such acts, pay such amounts awarded by the Court, and execute such documents as are necessary to implement the terms and conditions of this Order and it is further

**ORDERED**, that the Trustee's Final Report and account is settled and allowed.



Dated: Brooklyn, New York
August 19, 2021

_____
**Jil Mazer-Marino
United States Bankruptcy Judge**