| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Silverio Rivera | Social Security number or ITIN xxx−xx−1384 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 1−19−44768−jmm | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Jil Mazer−Marino
United States Bankruptcy Judge

Dated: November 8, 2021

**BLfnld7** [Final Decree 7 rev 12/01/15]